IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WARD L. HUNNEL,<br><br>                    Defendant. | 4:13MJ3023<br><br>**DETENTION ORDER** |

      After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), the court concludes the defendant must be detained pending a preliminary hearing.

      Based on the evidence presented,, the court finds by clear and convincing evidence that defendant's release would pose a serious risk of harm to the community and risk of defendant's nonappearance at court proceedings, and no condition or combination of conditions of release will sufficiently ameliorate that risk.

      Specifically, the court finds that the defendant has a criminal record which indicates a propensity to violate orders of the court;  has a propensity to harm or threaten harm to others; has limited employment and financial ties with the community; has failed to appear for court proceedings in the past; has reportedly stated he would leave the country rather than go to prison again; and no conditions or combination of conditions are currently available which will sufficiently ameliorate the risks posed if the defendant is released.

<u>Directions Regarding Detention</u>

      The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

      April 8, 2013.

      BY THE COURT:

      *s/ Cheryl R. Zwart*
      United States Magistrate Judge