IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 4:13CR3035 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WARD HUNNEL, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Request to File a Restricted Document. The Court, being fully advised in the premises, finds that said Request should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file Defendant's Unopposed Motion to Set Plea Hearing as restricted.

IT IS FURTHER ORDERED that said Motion and Order be made available to case participants only.

DATED this 17th day of June, 2013.

BY THE COURT:

*s/ Chery R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge